IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK,<br><br>                Plaintiff,<br><br>   v.<br><br>MEIJER, INC.,<br><br>                Defendant. | Case No. 1: 20-cv-01154 |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Starlinda Branick, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Meijer, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, R. Bruce Carlson, hereby certify that on August 3, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
R. Bruce Carlson
