**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Starlinda Branick
       Plaintiff,

v.               Case No.: 1:20−cv−01154
              Honorable Mary M. Rowland

Meijer, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 14, 2020:

  MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulation of dismissal, this case is dismissed with prejudice. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.